**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Daniel Demetrius JAMES, Jr., a/k/a**
**Dee, Defendant—Appellant.**

No. 09–7268.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 29, 2009.

Decided: Oct. 8, 2009.

Daniel Demetrius James, Jr., Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Daniel Demetrius James, Jr., appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. James,* No. 5:04–cr00262–FL–1 (E.D.N.C. filed June 30, 2009; entered July 1, 2009). We further deny James' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*